1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DAVID J. DRESSER,

11              Plaintiff,                No. CIV S-03-1574 DFL GGH P

12         vs.

13    CA. DEPT. OF
14    CORRECTIONS, et al.,

15              Defendants.              <u>ORDER</u>

16    _____/

17              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20              On October 14, 2004, the magistrate judge filed findings and recommendations

21    herein which were served on plaintiff and which contained notice to plaintiff that any objections

22    to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

23    objections to the findings and recommendations.

24              The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

1

1          1.  The findings and recommendations filed October 14, 2004, are adopted in full;

2    and

3          2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

4    Civ. P. 41(b).

5    DATED: 5/6/2005

6

7

8    _____
     DAVID F. LEVI
9    United States District Judge

10   /dres1574.800

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26